William H. Wilson Jr., Plaintiff in Propria Persona
1624 Gentilly Blvd.,
New Orleans, Louisiana 70119

UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA

WILLIAM H. WILSON JR.,
PLAINTIFF

v.   CASE NO. **20-02534**

NICHOLAS G. GREST AND HERSCHEL C. ADCOCK,
JR. AND CARRINGTON MORTGAGE SERVICES AND
BANKERS TRUST COMPANY OF CALIFORNIA, N.A.,   **SECT. I MAG. 4**
AS TRUSTEE OF VENDEE MORTGAGE TRUST
DEUTSCHE BANK NATIONAL TRUST COMPANY
FORMERLY KNOWN AS 1999-2

DEFENDANTS
_____/

## RESTRAINING ORDER INJUNCTION TO BLOCK STATE CIVIL DISTRICT COURT FROM MOVING FORWARD WITH THE FORECLOSURE AND EVICTION/SALE WHILE MY MOTION TO CHALLENGE JURISDICTION IS PENDING, AND REQUEST FOR EMERGENCY HEARING ON THE MATTER IN THIS COURT

Standing before the court, William H. Wilson Jr., representing himself "in Propria Persona" or "pro-per" Qualified us as attorneys in fact, according to "Blacks Law Dictionary. By asserting my Sovereign Right to represent our self in legal matters establishes our status as my own attorney. To proceed in Pro - Per, means that the court cannot impose the same standard up on me as are imposed on a licensed attorney. William H. Wilson Jr. moves this court to Issue an Injunction and Restraining Order pursuant to Rule 65. (a) (b) (A), to force State Court, Civil District Court, the Bank, and the Property Management Company to cease and decease all foreclosure and eviction efforts until the Federal Court rules on my challenge to jurisdiction of the Court. "Jurisdiction can be challenged at any time." and "Jurisdiction, once challenged, cannot be assumed and must be decided." Basso v. Utah Power & Light Co., 495 F 2d 906, 910. "Defense of lack of jurisdiction over the subject matter may be raised at any time, even on appeal." Hill Top Developers v. Holiday Pines Service Corp., 478 So. 2d. 368 (Fla 2nd DCA 1985) "Once challenged, jurisdiction cannot be assumed, it must be proved to exist." Stuck v. Medical Examiners, 94 Ca 2d 751. 211 P2d 389.

TENDERED FOR FILING

SEP 16 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

"There is no discretion to ignore that lack of jurisdiction." Joyce v. US, 474 F2d 215.

"The burden shifts to the court to prove jurisdiction." Rosemond v. Lambert, 469 F2d 416.

"A universal principle as old as the law is that a proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property." Norwood v. Renfield, 34 C 329; Ex parte Giambonini, 49 P. 732.

**"Statements of counsel,** in their briefs or their arguments are not sufficient for a motion to dismiss or for summary judgment." *Trinsey v. Pagliaro*, D.C. Pa. 1964, 229 F. Supp. 647, "Statements of counsel are not facts before the Court," see FRCPA Rule 52(a) and *United States v. Lovasco* (06/09/77) 431 U.S. 783, 97 S. Ct. 2044, 52 L. Ed. 2d 752, *Holt v. United States* (10/31/10) 218 U.S. 245, 54 L. Ed. 1021, 31 S. Ct. 2.

### Subject Matter Jurisdiction:

The pleadings filed in this case were not sufficient to invoke the Court's authority to act. The complaint alleged a breach of contract however the original instrument of indebtedness was ever placed on the court record. Also missing is an accounting of the money trail related to the alleged breached contract. The complaint had absolutely no evidence in support of its claims (That is, the complaint is true only because the Attorney says it is true and attorneys, while in representative capacity, are prohibited from stating facts, they would be testifying).

### Defective Affidavit And No Competent Fact Witness:

Courts render a judgment from a pleading with only an affidavit. This is provided for in the Rules of Civil Procedure and is allowed up to and until that Affidavit is challenged. The Affidavit in this case is an "out of court, sworn statement" to the facts of the matter asserted. **Without a Witness to attest to the statements within the affidavit, it is nothing more than hearsay.** The Affidavit in this case must be struck from the record because it is hearsay. When there is no Affidavit or Witness, the Court lacks subject matter jurisdiction. There is no competent witness to state the facts of the matter.

### Jurisdiction Facts:

1. Courts of general, limited, or inferior jurisdiction have no inherent judicial power.

    · Courts of general, limited, or inferior jurisdiction get their jurisdiction from one source and one

source only: **SUFFICIENT PLEADINGS.**

- Someone before the court must tell the court what its jurisdiction is.

- Without pleadings sufficient to empower the court to act, that court cannot have judicial capacity.

- No judge has the power to determine whether he has jurisdiction. He does have the duty to tell when he does not.

- No court can declare that it has the legal power to hear or decide cases, i.e. jurisdiction. Jurisdiction must be proved and on the record. Without sufficient pleadings, without jurisdiction, no court can issue a judgment that isn't void *ab initio*, void from the beginning, void on its face, a nullity, without force and effect.

## We have a common law system.

- No statute, no rule, or no law means what it says as it is written.

- Only the holding tells you what it means.

- The statute means what the highest court of competent jurisdiction has ruled and determined that the statute means in their most recent ruling. Courts are governed/ruled by case law, what has been determined before, what the highest court of competent jurisdiction has said the law is, means. It is called the Doctrine of Precedent.

"Jurisdiction is fundamental and a judgment rendered by a court that does not have jurisdiction to hear is void ab initio." In Re Application of Wyatt, 300 P. 132; Re Cavitt, 118 P2d 846.

"Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term." Dillon v. Dillon, 187 P 27. "A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance." Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409.

"A departure by a court from those recognized and established requirements of law, however close apparent adherence to mere form in method of procedure, which has the effect of depriving one of a constitutional right, is an excess of jurisdiction." Wuest v. Wuest, 127 P2d 934, 937.

"Where a court failed to observe safeguards, it amounts to denial of due process of law, court is

deprived of juris." Merritt v. Hunter, C.A. Kansas 170 F2d 739.

### Attorneys CANNOT Testify:

Statements of counsel in brief or in argument are never facts before the court. No attorney can state a fact before the court. This was more than adequately pointed out in 2000 when thousands of Florida ballots were taken before the U.S. Supreme Court, without even so much as one competent fact witness. Without a witness the court could not see the ballots, the ballots were not before the court, and the ballots could not be introduced as evidence.

4. Before any determination, there must be a court of complete or competent jurisdiction.

- There must be two parties with capacity to be there.
- There must be subject matter jurisdiction.
- Appearance or testimony of a competent fact witness.

Without jurisdiction, complete jurisdiction, no court can issue a judgment that isn't void, a nullity, without force or effect, on its face and in fact.

5. Lawyers and attorneys are NOT licensed to practice law the nature of lawyer- craft in America as per the United States Supreme Court; The practice of Law CAN NOT be licensed by any state/State. (Schware v. Board of Examiners, 353 U.S. 238, 239).

### Once Jurisdiction Is Challenged:

"Once challenged, jurisdiction cannot be assumed, it must be proved to exist." Stuck v. Medical Examiners, 94 Ca 2d 751. 211 P2d 389.

"There is no discretion to ignore that lack of jurisdiction." Joyce v. US, 474 F2d 215.

**"The burden shifts to the court to prove jurisdiction." Rosemond v. Lambert, 469 F2d 416.**

"A universal principle as old as the law is that a proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property." Norwood v. Renfield, 34 C 329; Ex parte Giambonini, 49 P. 732.

"Jurisdiction is fundamental and a judgment rendered by a court that does not have jurisdiction to hear is void ab initio." In Re Application of Wyatt, 300 P. 132; Re Cavitt, 118 P2d 846.

"Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its

proceedings are absolutely void in the fullest sense of the term." Dillon v. Dillon, 187 P 27.

"A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance." Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409.

"A departure by a court from those recognized and established requirements of law, however close apparent adherence to mere form in method of procedure, which has the effect of depriving one of a constitutional right, is an excess of jurisdiction." Wuest v. Wuest, 127 P2d 934, 937.

"Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris." Merritt v. Hunter, C.A. Kansas 170 F2d 739.

## Facts of the Case:

The bank and the debt collector is operating through fraud, all commercial instruments such as promissory notes, credit agreements, bills of exchange and checks are defined as legal tender, or money, by the statutes such as 12 USC 1813(l)(1), UCC §1-201(24), §3-104, §8-102(9), §§9-102(9), (11), (12)(B), (49), (64). These statutes define a promissory note or security to be negotiable (sellable) because it is a financial asset. **This is necessary because contracts requiring lawful money are illegal pursuant to Title 31 USC §5118(d) (2)**. All debts today are discharged by promises to pay in the future. All Federal Reserve notes are registered securities and promises to pay in the future. They are secured by liens on promissory notes of collateral owned by real people. The statutes do not provide the Federal Reserve Corporation a monopoly on promissory notes, as debt collectors insist. Real people create promissory notes that are usually sold to the FED in exchange for their promissory notes. The FED uses the promises of the people's collateral to secure their notes. **If people want their, commercial instruments to be legal tender, they must be secured by a maritime lien on your prepaid trust account recorded at the county and registered on a UCC1. It then becomes a registered security and a financial asset that can be negotiated.** This Corporation further complicated the process by selling their payables to another entity to remove it from their balance sheet. This is called **securitization** or off balance sheet financing. **One should be aware that debt collectors can legally only deal with fictions of law, such as corporations or "persons".**

## The Scheme To Defraud:

- The mortgage contract should be rescinded because the creditor does not provide full

disclosure, or the contract is extremely deceptive and unconscionable, *In re Pearl Maxwell, 281 B.R. 101*

- The Truth in Lending Act, **Regulation Z, 12 CFR §226.23**, says that the security agreement signed with a lender can be rescinded if they have not provided the proper disclosures. **The original debt was actually zero because the borrower's financial asset was exchanged for FED's promissory notes in an even exchange.**

- The Fair Debt Collection Practices Act 15 U.S.C. §§1601, 1692, 1693, provides remedies for deceptive or unconscionable contracts and allows payment in any legal tender. The contract was deceptive and unconscionable if the actual debt was zero.

- Real Estate Settlement Procedures Act 12 U.S.C. §2605, et seq. Provides remedies for deceptive communications from the lender.

- UCC §2-302 provides a remedy for unconscionable contracts.

- Promissory Notes and other commercial instruments are legal tender and financial assets **to the originator and a liability to the lender. If a security interest in the note is perfected, by recording it on a lien as a registered security, the maker or originator becomes an entitlement holder in the asset.** But the debt collector does not understand that they have this liability because most people are unaware of it.

    - UCC §1-201(24), §3-104, §3-306, §3-105,
    - UCC §§8-102 (7), (9), (15), (17), §8-501, §8-503, §8-511
    - UCC §§9-102(9), (11), (12)(B), (49), (64)
    - 12 USC 1813(l)(1)

- The corporation's records will be requested in discovery after our lawsuit is filed the records will show that the corporation has an offsetting liability to the debtor pursuant to FAS 95, GAAP and Thrift Finance Reports (TFR). These records include:

    - FR 2046 balance sheet,
    - 1099-OID report,
    - S-3/A registration statement,

- 424-B5 prospectus and

- RC-S & RC-B Call Schedules

- The corporation never registers the commercial instrument because they know it is a financial asset to the debtor. So **the debtor must register it to establish a security interest in the financial asset and take the position of a secured credito**r. So it should be listed on a **maritime lien** against the prepaid trust account and filed with the county recorder and put on a UCC1.

    - §8-102(13), §9-203; §9-505, §9-312

    - 46 USC §§31321, 31343, 46 CFR 67.250, §9-102(52), §9-317, §9-322

5. We are requesting the claim to be set off or recoupment to have the assets cancel out the liabilities according to:

a. FAS 140, §3-305, §3-601, §8-105, §9-404

6. It is a violation of both State and Federal law for a bank to sell an unregistered note that is a security that violation provides a right to rescission of the contract pursuant to Statutes.

### Fraud and Deception On The Court:

The promissory note used to gain the court's jurisdiction is fraudulent the document is being used in court as a security when it was never registered. The Original promissory note signed to lien the property was the real source of the alleged loan. Fact is the money the bank is claiming was a loan was generated by Willaim H. Wilson Jr's signature.

This fatal flaw robbed the court of jurisdiction. "Any false representation of material facts made with knowledge of falsity and with intent that it shall be acted on by another in entering into contract, and which is so acted upon, constitutes 'fraud,' and entitles party deceived to avoid contract or recover damages." *Barnsdall Refining Corp. v. Bimarn Wood Oil Co.*, 92 F.2d S17. "Any conduct capable of being turned into a statement of fact is representation. There is no distinction between misrepresentations effected by words and misrepresentations effected by other acts." *Leonard v. Springer*, 197 Ill 532, 64 NE 301. "It is not necessary for recision of a contract that the party making the misrepresentation should have known that it was false, but recovery is allowed even though misrepresentation is innocently made, because it would be unjust to allow one who made false

representations even innocently to retain the fruits of a bargain induced by such representations." *Whipp v. Iverson*, 43 Wis.2d 166. Diction" and this judgment must be vacated.

## VOID "ULTRA VIRES" CONTRACTS:

*Black's Law Dictionary* defines the Latin term "extra vires" to mean beyond powers. *Black's Law Dictionary* explains the term "ultra vires" embraces "[a]n act performed without any authority to act on subject. *Haslund v. City of Seattle*, 86 Wash.2d 607, 547 P.2d 1221, 1230. Acts beyond the scope of the powers of a corporation, as defined by its charter or laws of state of incorporation. *State ex rel. v. Holston Trust Col*, 168 Tenn. 546, 79 S.W.2d 1012, 1016. The term has a broad application and includes not only acts prohibited by the charter, but acts which are in excess of powers granted and not prohibited, and generally applied either when a corporation has no power whatever to do an act, or when the corporation has the power but exercises it irregularly. *People ex rel. Barrett v. Bank of Peoria*, 295 Ill.App. 543, 15 N.E.2d 333, 335. Act is ultra vires when corporation is without authority to perform it under any circumstances or for any purpose. By doctrine of ultra vires, a contract made by a corporation beyond the scope of its corporate powers is unlawful. *Community Federal Sav. & Loan Ass'n of Independence, Mo. v. Fields*, C.C.A., Mo., 128 F.2d 705, 708." *Black's* 6th Edition, p. 1522.

The courts have long held that when a corporation executes a contract beyond the scope of its charter or granted corporate powers, the contract is void or "ultra vires". See infra, *Pullman v. Central Transp. Co.*, 139 U.S. 62, 11 S.Ct. 478, 35 L.Ed. 55.

## THE QUESTION OF LAWFUL CONSIDERATION:

The issue of whether the lender, who writes and passes a "bad" check or makes a "credit" loan, has a claim for relief against the borrower is easy to answer, providing the lender can prove that he gave a lawful consideration based upon lawful acts, but did the lender give a lawful consideration? To give a lawful consideration, the lender must prove that he gave the borrower lawful money such as coins or currency.

Failing that, he can have no claim for relief in a court at law against the borrower as the lender's actions were Ultra vires or void from the beginning of the transaction. It can be argued that "bad" checks or "credit" loans that pass as money are valuable, but so are counterfeit coins and currency that pass as money. It seems unconscionable that a bank would ask homeowners to put up a homestead as collateral for a "credit loan" that the bank created out of thin air.

Would a court of law or equity allow a counterfeiter to foreclose against a person's home because the

borrower was late in payments on an unlawful loan? If the court were to do so, it would be contrary to all principles of law. The question of valuable consideration does not depend on any value imparted by the lender, but by false confidence instilled in the "bad" check or "credit" loan by the lender. In a court at law or equity, the lender has no claim for relief. The argument that the lender has a claim for relief because the borrower received property for the lender's "bad" check or "credit" loan, is not valid unless the lender can prove that he gave lawful value. The claim for relief lies with the seller, who may be holding the "bad" check or "credit" loan, against the lender or the borrower, or both.

### Summary:

The jurisdiction of a court over the subject matter has been said to be essential, necessary, indispensable and an elementary prerequisite to the exercise of judicial power. 21 C.J.S., "Courts," § 18, p. 25. A court cannot proceed with a trial or make a judgment without such jurisdiction existing.

William H. Wilson Jr. moves this court to vacate foreclosure judgment against his real property with prejudice and vacate the eviction/sale judgment. The original instrument of indebtedness was never filed on the court record to provide the court with jurisdiction and therefore the court lacked authority to rule on the pending case. The affidavit used in this case is defective because the attorney failed to secure a 1st hand fact witness to testify, and since attorneys cannot state facts before the court the foreclosure must be vacated, and the eviction/sale proceedings dismissed. Or what the court decides is just and fair.

*[Signature]* 02/16/2020

William H. Wilson Jr.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by Certified U.S. Mail to

Nicholas G. Grest,
Bar Roll #36751
The Law Offices of Dean Morris, LLC.
P.O. Box 2867
1505 North 19th Street
Monroe, LA 71201

Herschel C. Adcock, Jr.
Bar Roll #17903
13541 Tiger Bend Rd.
Baton Rouge, Louisiana 70817

Carrington Mortgage Services
3867 Plaza Tower Drive
Baton Rouge, LA 70816

BANKERS TRUST COMPANY OF CALIFORNIA, N.A.,
AS TRUSTEE OF VENDEE MORTGAGE TRUST
DEUTSCHE BANK NATIONAL TRUST COMPANY
FORMERLY KNOWN AS 1999-2
1761 E. St. Andrews Place
Santa Ana, CA 92705-4934

This __16th__ day of __Sept__, 2020

_____
William H. Wilson, Jr.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by Certified U.S. Mail to

Nicholas G. Grest,
Bar Roll #36751
The Law Offices of Dean Morris, LLC.
P.O. Box 2867
1505 North 19th Street
Monroe, LA 71201

Herschel C. Adcock, Jr.
Bar Roll #17903
13541 Tiger Bend Rd.
Baton Rouge, Louisiana 70817

Carrington Mortgage Services
3867 Plaza Tower Drive
Baton Rouge, LA 70816

BANKERS TRUST COMPANY OF CALIFORNIA, N.A.,
AS TRUSTEE OF VENDEE MORTGAGE TRUST
DEUTSCHE BANK NATIONAL TRUST COMPANY
FORMERLY KNOWN AS 1999-2
1761 E. St. Andrews Place
Santa Ana, CA 92705-4934

This 16th day of Sept, 2020

William H. Wilson, Jr.

AFFIDAVIT OF FACT

STATE OF LOUISIANA    )

PARISH OF ORLEANS    )

SUBSCRIBED AND SWORN TO BEFORE ME, by  Willan H Wilson Jr , this 16 day of  September/ 09/ 16 /2020, to certify which witness my hand and seal of office to state as. Follows;

I'  David Campbell , state under the penalty of perjury that all facts and, Statements attested to herein are true, accurate, and correct, to the best of my knowledge, and I' reserve the right to amend.

Notary Public in and For the
State of LOUISIANA

Commission Expires: endeath

OFFICIAL SEAL
DAVID CAMPBELL
NOTARY ID # 133364
STATE OF LOUISIANA
JEFFERSON PARISH
My commission is for Life

Seal