UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM H. WILSON, JR. | CIVIL ACTION |
| VERSUS | NO. 20-2534 |
| NICHOLAS G. GREST, ET AL | SECTION: "I" (4) |

**O R D E R**

It appears to the Court that the subject matter of the above-captioned case is related to that of Civil Action No. 17-2997, *William H. Wilson, Jr. v. Nicholas G. Grest, et al,* before Section R (2) of this Court.  Accordingly,

**IT IS ORDERED** that the above-captioned matter be transferred to Section R (2).

New Orleans, Louisiana, this 21st day of September, 2020.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

9/21/20

TRANSFERRED TO
**SECT. R  MAG 2**